UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRILL RODRIGUEZ.,

      Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,
*et al.*,

      Defendants.

_____/

Case No. 17-cv-13513
Hon. Matthew F. Leitman

## ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST DEFENDANTS THOMSON REUTERS GROUP DISABILITY INCOME INSURANCE PLAN AND THOMSON REUTERS HOLDINGS, INC. FOR FAILURE TO PROSECUTE

In this action, Plaintiff Sherrill Rodriguez ("Plaintiff") asserts claims against Defendants Farmers Insurance Exchange, Thomson Reuters Health and Welfare Plan, CIGNA Health and Life Insurance Company, UNUM Life Insurance Company of America, Thomson Reuters Group Disability Income Insurance Plan (the "Plan"), and Thomson Reuters Holdings, Inc. ("TRHI"). (*See* Second Am. Compl., ECF #19.) On March 16, 2018, the Clerk of Court issued Summonses for the Plan and THRI. (*See* ECF #20.) On March 19, 2018, Plaintiff served THRI with the Second Amended Complaint and Summons, and THRI's Answer to the Second Amended Complaint was due on April 9, 2018. (*See* ECF #27.) On March 23, 2018, Plaintiff served the Plan with the Second Amended Complaint and Summons, and the Plan's

1

Answer to the Second Amended Complaint was due on April 13, 2018. (*See* ECF #25.)   Neither Defendant has filed an Answer or otherwise responded to the Second Amended Complaint.

On May 21, 2018, the Court entered an order requiring Plaintiff to show cause in writing by June 4, 2018 why her claims against the Plan and THRI should not be dismissed from this action for failure to prosecute. (*See* Order, ECF #31.)  Plaintiff has not filed any response to that show cause order.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's claims against the Plan and THRI are **DISMISSED WITHOUT PREJUDICE**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 25, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764