UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRILL RODRIGUEZ,

    Plaintiff,                                    Case No. 17-cv-13513
                                                    Hon. Matthew F. Leitman

v.

FARMERS INSURANCE EXCHANGE, *et al.*,

    Defendant.
_____/

## ORDER FOR PLAINTIFF TO FILE A REPLY BRIEF REGARDING MOTION FOR SUMMARY JUDGMENT (ECF No. 43)

On August 9, 2019, Plaintiff Sherrill Rodriguez ("Plaintiff") filed a motion for summary judgment. (*See* Mot. for Summ. J., ECF No. 43.) Defendant UNUM Life Insurance Company of America ("UNUM") filed a response to Plaintiff's motion on August 29, 2019. (*See* Resp., ECF No. 45.)

The Court has reviewed the parties' submissions in preparation for an October 15, 2019, hearing on Plaintiff's motion, and the Court has determined that it would benefit from a Reply brief by Plaintiff that addresses the arguments raised in UNUM's Response brief.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall submit a Reply brief to UNUM's Response brief (ECF No. 45) by no later than **October 7, 2019**.

**IT IS SO ORDERED**.

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
Dated: September 25, 2019             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2019, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                           (810) 341-9764